IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NETLIST, INC.,                              §
                                            §
            Plaintiff,                      §
                                            §          1:22-mc-839-RP
v.                                          §
                                            §          Pending in: The United States District Court
RENESAS ELECTRONICS AMERICA INC.,           §          for the Eastern District of Texas,
                                            §          Marshall Division—No. 2:21-cv-463-JRG
            Defendant.                      §

## ORDER

On November 14, 2022, Plaintiff Netlist, Inc. filed a motion to withdraw its motion to

compel but requested that the Court keep this action during the pendency of discovery until

December 22. (Mot. Compel, Dkt. 2; Mot. Withdraw, Dkt. 9). On December 22, 2022, Plaintiff

Netlist, Inc. filed an advisory stating that it seeks no further relief in this action (Advisory, Dkt. 10).

As nothing remains to resolve, **IT IS ORDERED** that this action is closed.

**SIGNED** on December 23, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE